**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00487-CV

### IN RE DEBRA ANN PRUITT, Relator

**Original Proceeding from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. C114-024**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's application for injunctive relief for lack of jurisdiction. We **ORDER** that relator bear the costs of this proceeding.

/s/    ROBERT M. FILLMORE
        JUSTICE